COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:        Ronald Lucero v. The State of Texas

Appellate case number:      01-12-01010-CR

Trial court case number:    1852939

Trial court:               County Criminal Court at Law No. 10 of Harris County

On April 9, 2013, Ronald Lucero filed a Motion for Extension of Time to File a Second Motion to Stay Issuance of the Mandate in Cause No. 01-12-01010-CR (Tex. R. App. P. 31.4(a)(1)). Lucero requests an extension to April 9 to file his Second Motion to Stay Issuance of the Mandate in Cause No. 01-12-01010-CR (Tex. R. App. P. 31.4(a)(1)). The Motion for Extension is **granted**.

The Second Motion to Stay Issuance of the Mandate is **granted**, pursuant to Texas Rule of Civil Procedure 31.4(a)(1) and (b). Issuance of this Court's mandate in the above-referenced cause is stayed pending resolution of Ronald Lucero's Petition for Discretionary Review from Cause No. 01-12-01010-CR in the Court of Criminal Appeals of Texas. *See* TEX. R. APP. P. 18.1 (providing for issuance of mandate by court of appeals).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                     ☑ Acting individually    ☐ Acting for the Court

Date: April 10, 2013